UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

ERIC KEELING, ET AL.                    )
                                        )
                PLAINTIFFS              )
                                        )
                                        )        CASE NO.  3:07CV-504-S
v.                                      )                 _____
                                        )
ROHM & HAAS COMPANY                     )
                                        )
                DEFENDANT               )

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant, Rohm & Haas Company ("Rohm & Haas"), hereby removes this action, with reservation of all defenses, from the Circuit Court of Jefferson County, Kentucky to the United States District Court for the Western District of Kentucky at Louisville. As grounds for this removal, Rohm & Haas states:

1.      On or about August 31, 2007, Plaintiffs, Eric Keeling, Harry S. Allen, James W. Allman, Steven Appleby, Edwin Thomas Askew, Eugene Averette, Jr., Charles Baisch, Hal Basham, David Beach, Kevin D. Benson, Nicholas J. Bibelhausar, Jr., John D. Blackwell, Kelly Blissett, Kendall L. Boone, Ronnie W. Bower, Kevin Boyd, Chris L. Brooks, Stephen Brown, Cameron Bryan, Tim Bryant, Douglas D. Buckingham, Jackie Ray Bullis, Gary W. Burchett, Robert H. Butler, Scott Campbell, Trevis Cantrell, Mike B. Carnell, Shawn R. Cato, Donald Cecil, James W. Cobb, Dale E. Cole, Patricia Conley, John W. Conrad, Jim Cooper, Thomas Corbett, Jr., Rob Coulston, David T. Crigler, Randall W. Cummings, Jerome Dabney, Shelia L. Danna, Drew A. Davis, Dennis Dean, Stewart Dodge, William E. Dooley, Jack A. Dugan, Vincent Duncan, Calvin M. Eisenbuck, Donna R. Eveslage, James D. Fackler, Larry Farmer, Daren Ferguson, Nelida J. Forrest, Sherman Foster, Eddy Frazier, David W. Frermann, Stephen Gahafer, William Albert Glaze, Sr., Tyron E. Green, Betty J. Gresham, John M. Hagan, Timothy

Haggard, Kenneth L. Hale, Morris G. Hansberry, III, Greg Harlow, George W. Harper, Judy A. Hartlage, Bruce G. Hicks, Melvin Homes, Jr., Ed Horsley, Mike L. Howard, Carl W. Huckelby, Bruce Huelsman, Charles Edward Hughes, Jonathan E. Hunt, Jeffery W. Hutchins, W.F. Hutter, III, William E. Jerome, Jr., Tondelia Johnson, Myrrh C. Jones, Gary W. Keesee, Kathy M. Kellems, Gretchen A. Keltner, Robert Koufeldt, Jason Knott, Wesley H. Kurtsinger, Marvin Lavender, David Leb, Stephen A. Leffler, Chris Levsey, Gerald S. Lyons, John Magee, Lawrence E. Mason, Sr., Robert R. Massey, Robert B. Mattingly, John R. McCobbins, Christopher McCubbens, Albert M. McMichael, III, Travis McNeese, William E. Meredith, Arthur L. Milby, Monica E. Millay, Kenneth Miller, Rodney Muncy, James H. Norris, Jeremy R. Owen, Robert Parker, Gloria J. Payne, Donald W. Phipps, Ronald E. Plummer, Dean Pollock, Donald R. Polluck, John Porter, Glenn Powell, Linda Prichard, Kendrick S. Ready, Kim Riley, Charles W. Robinson, Jr., Howard E. Sampson, John H. Sanders, Mark Scrwener, Cindy Lou Scudder, Douglas C. Seewer, Ray Shacklette, Homer J. Smith, Jeremy B. Smith, Justin R. Smith, Karl N. Smith, Jr., Layne Smith, Byron Staples, David H. Stark, Howard L. Stikes, Robert A. Stringer, Robert L. Strong, Darrell Stroud, Jeff Sumpter, Tony D. Sumpter, Glen Terry, Major Thomas, Jr., Ronoma D. Tinsley, Don True, Jr., Curtis Tuell, Gary Underwood, Jenneth L. Unseld, Donald M. Valente, W. Kevin Wall, Phillip C. Weaver, Gary W. Wheeler, Sr., Michael Whitlock, Gary Wiehebainil, Mike Wiehebrink, Darryl Williams, Kanneil D. Williams, Arthur L. Willoughby, Bruce Willman, Willie H. Wilson, Bruce Windell, Danny Wolf, Charlene Woods, James F. Woods, Charles D. Yarbrough, Carl Yeager, and Robert Young , filed Civil Action No. 07-CI-008553 in the Jefferson Circuit Court against Rohm & Haas.  With their Complaint, Plaintiffs filed consent forms.  Copies of the Summons and Complaint and consents

are attached hereto and constitute all of the process, pleadings and order served upon Rohm & Haas to date in this action.

2.      The action is of a civil nature arising from Plaintiffs' employment with Rohm & Haas.  The action involves claims for alleged violation of Kentucky's wage and hour laws, KRS 337.010 *et seq.*, and appears to include claims under the Fair Labor Standards Act, 29 U.S.C. § 200 *et seq.* ("FLSA").  The consents signed by Plaintiffs and referred to in Plaintiffs' Complaint explicitly refer to FLSA claims.  In fact, FLSA states that "[n]o employee shall be a party plaintiff to any … action [under FLSA] unless he gives his consent in writing to become such a party and such consent is filed in the court in which such action is brought."  29 U.S.C. § 216(b).  Plaintiffs' filing of consents appears to be an attempt to comply with FLSA's procedural requirements.

3.      This Court has original jurisdiction pursuant to 28 U.S.C. § 1331.  This action may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441 because it is founded on a claim or right arising out of the Constitution, laws, or treaties of the United States in that claims appear to have been asserted under FLSA.

4.      This Court has supplemental jurisdiction over the remaining claims contained in the Complaint pursuant to 28 U.S.C. § 1367 inasmuch as those claims are so related to the claims over which the Court has original federal question jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution.

5.      This Notice of Removal is filed within thirty (30) days after receipt by Rohm & Haas of a copy of the Complaint and Civil Summons in this action.

WHEREFORE, Defendant, Rohm & Haas, hereby gives notice of this removal from the Jefferson Circuit Court to the United States District Court for the Western District of Kentucky.

Respectfully submitted,

s/Michelle D. Wyrick
Grover C. Potts
Michelle D. Wyrick
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, Kentucky  40202-2898
(502) 589-5235
(502) 589-0309
gpotts@wyattfirm.com
michellewyrick@wyattfirm.com
*Counsel for Defendant, Rohm & Haas Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on this 24th day of September, 2007 the foregoing Notice of Removal with attached State Court Record compiled of Summons, Complaint and Consent of each Plaintiff was filed with the clerk using the Court's CM/ECF System.  The undersigned further certifies a copy of same was served by mail, postage prepaid, on this 24th day of September, 2007 upon:

David O'Brien Suetholz
Joseph Delano Wibbels, Jr.
Segal Lindsay & Janes, PLLC
515 Park Avenue
Louisville, KY  40208
*Counsel for Plaintiffs*

s/Michelle D. Wyrick
*One of Counsel for Defendant, Rohm & Haas Company*

20289231.1