

**CORPORATION SERVICE COMPANY**

**EXR / ALL**
**Transmittal Number: 5321443**
**Date Processed: 09/04/2007**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Cindy Chen<br>Rohm And Haas Company<br>100 Independence Mall West<br>Philadelphia, PA 19106 |
| **Copy of transmittal only provided to:** | Adena Tuckman<br>Ayelet Johnson |

| | |
|---|---|
| **Entity:** | Rohm And Haas Company<br>Entity ID Number  2380278 |
| **Entity Served:** | Rohm & Haas Company |
| **Title of Action:** | Eric Keeling vs. Rohm & Haas Company |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Labor / Employment |
| **Court:** | Jefferson Circuit Court, Kentucky |
| **Case Number:** | 07-CI-008553 |
| **Jurisdiction Served:** | Kentucky |
| **Date Served on CSC:** | 09/04/2007 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| **Plaintiff's Attorney:** | David O'Brien Suetholz<br>502-568-5600 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

*CSC is SAS70 Type II certified for its Litigation Management System.*

2711 Centerville Road  Wilmington, DE 19808  (888) 690-2882  |  sop@cscinfo.com

| AOC-105 | Doc. Code: CI | | **07 CI 008553** |
|---|---|---|---|
| Rev. 1-07 | 08/30/2007 02:38 pm | | |
| Page 1 of 1 | Ver. 1.02 | | Case No: |
| Commonwealth of Kentucky | | Court | ☑ Circuit ☐ District |
| Court of Justice   www.courts.ky.gov | | County | Jefferson |
| CR 4.02; CR Official Form 1 | | | |

**CIVIL SUMMONS**

**PLAINTIFF**

*JEFFERSON CIRCUIT COURT DIVISION EIGHT (8)*

Eric Keeling, Et.Al

**VS.**

Rohm & Haas Company

**DEFENDANT**

**Service of Process Agent for Defendant:**

Lawyers Incorporating Service Company

421 West Main Street

Frankfort, KY  40601

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or** by **an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: ~~AUG 31 2007~~, 2_____          By: _____ Clerk

_____ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this _____ day of _____, 2_____.

Served by: _____

_____ Title

CASE NO. _____

JEFFERSON COUNTY
CIRCUIT COURT

# 07 CI 008553

JEFFERSON CIRCUIT COURT
DIVISION EIGHT (8)

ERIC KEELING )
HARRY S. ALLEN )
JAMES W. ALLMAN )
STEVEN APPLEBY )
EDWIN THOMAS ASKEW )
EUGENE AVERETTE, JR. )
CHARLES BAISCH )
HAL BASHAM )
DAVID BEACH )
KEVIN D. BENSON )
NICHOLAS J. BIBELHAUSAR JR. )
JOHN D. BLACKWELL )
KELLY BLISSETT )
KENDALL L. BOONE )
RONNIE W. BOWER )
KEVIN BOYD )
CHRIS L. BROOKS )
STEPHEN BROWN )
CAMERON BRYAN )
TIM BRYANT )
DOUGLAS D. BUCKINGHAM )
JACKIE RAY BULLIS )
GARY W. BURCHETT )
ROBERT H. BUTLER )
SCOTT CAMPBELL )
TREVIS CANTRELL )
MIKE B. CARNELL )
SHAWN R. CATO )
DONALD CECIL )
JAMES W. COBB )
DALE E. COLE )
PATRICIA CONLEY )
JOHN W. CONRAD )
JIM COOPER )
THOMAS CORBETT JR. )
ROB COULSTON )
DAVID T. CRIGLER )
RANDALL W. CUMMINGS )
JEROME DABNEY )
SHELIA L. DANNA )
DREW A. DAVIS )
DENNIS DEAN )

STEWART DODGE                          )
WILLIAM E. DOOLEY                      )
JACK A. DUGAN                          )
VINCENT DUNCAN                         )
CALVIN M. EISENBUCK                    )
DONNA R. EVESLAGE                      )
JAMES D. FACKLER                       )
LARRY FARMER                           )
DAREN FERGUSON                         )
NELIDA J. FORREST                      )
SHERMAN FOSTER                         )
EDDY FRAZIER                           )
DAVID W. FRERMANN                      )
STEPHEN GAHAFER                        )
WILLIAM ALBERT GLAZE SR.               )
TYRONE E. GREEN                        )
BETTY J. GRESHAM                       )
JOHN M. HAGAN                          )
TIMOTHY HAGGARD                        )
KENNETH L. HALE                        )
MORRIS G. HANSBERRY III                )
GREG HARLOW                            )
GEORGE W. HARPER                       )
JUDY A HARTLAGE                        )
BRUCE G. HICKS                         )
MELVIN HOMES JR.                       )
ED HORSLEY                             )
MIKE L. HOWARD                         )
CARL W. HUCKELBY                       )
BRUCE HUELSMAN                         )
CHARLES EDWARD HUGHES                  )
JONATHAN E. HUNT                       )
JEFFERY W. HUTCHINS                    )
W.F. HUTTER III                        )
WILILAM E. JEROME JR.                  )
TONDELIA JOHNSON                       )
MYRRH C. JONES                         )
GARY W. KEESEE                         )
KATHY M. KELLEMS                       )
GRETCHEN A. KELTNER                    )
ROBERT KOUFELDT                        )
JASON KNOTT                            )
WESLEY H. KURTSINGER                   )
MARVIN LAVENDER                        )
DAVID LEB                              )
STEPHEN A. LEFFLER                     )

CHRIS LEVSEY                    )
GERALD S. LYONS                 )
JOHN MAGEE                      )
LAWRENCE E. MASON SR.           )
ROBERT R. MASSEY                )
ROBERT B. MATTINGLY             )
JOHN R. MCCOBBINS               )
CHRISTOPHER MCCUBBENS           )
ALBERT M. MCMICHAEL III         )
TRAVIS MCNEESE                  )
WILLIAM E. MEREDITH             )
ARTHUR L. MILBY                 )
MONICA E. MILLAY                )
KENNETH MILLER                  )
RODNEY MUNCY                    )
JAMES H. NORRIS                 )
JEREMY R. OWEN                  )
ROBERT PARKER                   )
GLORIA J. PAYNE                 )
DONALD W. PHIPPS                )
RONALD E. PLUMMER               )
DEAN POLLOCK                    )
DONALD R. POLLUCK               )
JOHN PORTER                     )
GLENN POWELL                    )
LINDA PRICHARD                  )
KENDRICK S. READY               )
KIM RILEY                       )
CHARLES W. ROBINSON JR.         )
HOWARD E. SAMPSON               )
JOHN H. SANDERS                 )
MARK SCRWENER                   )
CINDY LOU SCUDDER               )
DOUGLAS C. SEEWER               )
RAY SHACKLETTE                  )
HOMER J. SMITH                  )
JEREMY B. SMITH                 )
JUSTIN R. SMITH                 )
KARL N. SMITH JR.               )
LAYNE SMITH                     )
BYRON STAPLES                   )
DAVID H. STARK                  )
HOWARD L. STIKES                )
ROBERT A. STRINGER              )
ROBERT L. STRONG                )
DARRELL STROUD                  )

3

```
JEFF SUMPTER                        )
TONY D. SUMPTER                     )
GLEN TERRY                          )
MAJOR  THOMAS JR.                   )
RONOMA D. TINSLEY                   )
DON TRUE JR.                        )
CURTIS TUELL                        )
GARY UNDERWOOD                      )
JENNETH L. UNSELD                   )
DONALD M. VALENTE                   )
W. KEVIN WALL                       )
PHILLIP C. WEAVER                   )
GARY W. WHEELER SR.                 )
MICHAEL WHITLOCK                    )
GARY WIEHEBAINIL (?)                )
MIKE WIEHEBRINK                     )
DARRYL WILLIAMS                     )
KANNEIL D. WILLIAMS                 )
ARTHUR L. WILLOUGHBY                )
BRUCE WILLMAN                       )
WILLIE H. WILSON                    )
BRUCE WINDELL                       )
DANNY WOLF                          )
CHARLENE WOODS                      )
 JAMES F. WOODS                     )
CHARLES D. YARBROUGH                )
CARL YEAGER                         )
ROBERT YOUNG                        )
                                    )
            PLAINTIFFS              )
vs.                                 )
                                    )
ROHM & HAAS COMPANY                 )
                                    )
            DEFENDANT               )
```

Serve:  Lawyers Incorporating Service Company
       421 West Main Street
       Frankfort, KY 40601

\*\*   \*\*   \*\*   \*\*   \*\*   \*\*   \*\*

## **VERIFIED COMPLAINT**

Comes now the above Plaintiffs and for their complaint against the Defendant Rohm & Haas Company state as follows:

<u>The Parties</u>

1.      Plaintiff Eric Keeling is an employee of the Defendant Rohm & Haas Company.  The additional persons who are Plaintiffs in this action are current or former employees employed by the Defendant.  The Plaintiffs are identified in the caption of the Complaint and in Exhibit A attached hereto.  Each of the Plaintiffs has given his/her consent to be a party Plaintiff in this action, which is appended hereto as Exhibit A.

2.      Defendant Rohm & Haas Company is a foreign corporation doing business in Jefferson County, Kentucky and is an "employer" within the meaning of the Kentucky Wages and Hours Law, KRS § 337.010 <u>et seq.</u>

<u>Jurisdiction</u>

3.      The amount in controversy in this action is sufficient to establish the jurisdiction of this Court.

<u>Background</u>

4.      At all times material herein, the Defendant has operated a chemical plant in Jefferson County, Kentucky.

5.      At all times material herein, the Plaintiffs have been required to "don" and "doff" personal protective equipment that is maintained and provided by the Defendant as a necessary condition of employment.

6.      The "donning" and "doffing" of personal protective equipment takes several minutes before and after the Plaintiffs scheduled shifts.

7.      At all times material herein, the Defendant has not compensated the
        Plaintiffs for the time spent "donning" and "doffing" their equipment.

8.      The employment and work records for each Plaintiff are in the exclusive
        possession, custody and control of the Defendant, and the Plaintiffs are
        unable to state at this time the exact amounts owing to each of them. The
        Defendant is under a duty imposed by KRS § 337.320 and the regulations
        of the Kentucky Department of Labor to maintain and preserve payroll
        and other employment records with respect to the Plaintiffs from which
        the amounts of Defendant's liability can be ascertained.

Count One

9.      The allegations of paragraphs 1 through 7 are realleged and incorporated
        herein.

10.     At all times material herein, the Plaintiffs have been entitled to the rights,
        protections, entitlements, and benefits provided under the Kentucky
        Wages and Hours Law, KRS § 337.010 et seq.

11.     At all times material herein, the Defendant has required the Plaintiffs to
        "don" and "doff" personal protective equipment as a condition of their
        employment and has refused to compensate said Plaintiffs for the time
        spent "donning" and "doffing" personal protective equipment.

12.     The Defendant has violated and continues to violate KRS § 337.020 by
        refusing to pay Plaintiffs for hours worked "donning" and "doffing"
        required protective personal equipment.

13.     The Defendant has violated and continues to violate KRS § 337.285 by
failing and refusing to compensate Plaintiffs for their hours of work in
excess of forty (40) hours per workweek at a rate of not less than one and
one-half times the regular rate at which the Plaintiffs are employed.

14.     The Defendant's violations of KRS § 337.020 and 337.285 as alleged
herein, have been done knowingly, willfully, unreasonably and in a bad
faith manner.

15.     As a result of the aforesaid willful violations of the Kentucky Wages and
Hours law, overtime compensation has been unlawfully withheld by the
Defendant from Plaintiffs for which the Defendant is liable, pursuant to
KRS § 337.385, together with an additional equal amount as liquidated
damages, interest, reasonable attorneys' fees and the costs of this action.

<u>Count Two</u>

16.     The allegations of paragraphs 1 through 7 are realleged and incorporated
herein.

17.     At all times material herein, the Plaintiffs have been entitled to the rights,
protections, entitlements, and benefits provided under the Kentucky
Wages and Hours Law, KRS § 337.010 <u>et seq.</u>

18.     At all times material herein, the Defendant has required the Plaintiffs to
"relieve" the person on the previous or prior shift by walking through and
reviewing parts of the Defendant's plant that the Plaintiffs are responsible
for during his/her shift.

19.   The Defendant has failed and refused to compensate the Plaintiffs for time spent "relieving" his/her previous or prior shift co-worker.

20.   The Defendant has violated and continues to violate KRS § 337.020 by refusing to pay Plaintiffs for hours worked "relieving" co-workers on the previous or prior shift.

21.   The Defendant has violated and continues to violate KRS § 337.285 by failing and refusing to compensate Plaintiffs for their hours of work in excess of forty (40) hours per workweek at a rate of not less than one and one half the regular rate at which the Plaintiffs are employed.

22.   As a result of the aforesaid willful violations of the Kentucky Wages and Hours law, overtime compensation has been unlawfully withheld by the Defendant from Plaintiffs for which the Defendant is liable, pursuant to KRS § 337.385, together with an additional equal amount as liquidated damages, interest, reasonable attorneys' fees and the costs of this action.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiffs pray that the Court:

(a) Enter a declaratory judgment declaring that the Defendant has willfully and wrongfully violated its statutory and legal obligations, and deprived the Plaintiffs of their rights, protections, benefits, payments and entitlements under the Kentucky Wages and Hours law KRS § 337.010 et seq., and other legal and regulatory requirements, as alleged herein;

(b) Order a complete and accurate accounting of all the compensation, contributions, benefits, and payments to which the Plaintiffs are entitled as a

8

result of Defendant's violations of the Kentucky Wages and Hours law, and

its other statutory, legal and contractual obligations;

(c) Award each Plaintiff monetary damages in the form of back pay

compensation, liquidated damages equal to their unpaid compensation, as well

as pension contributions and payments, plus pre-judgment interest and post-

judgment interest;

(d) Award Plaintiffs their reasonable attorneys' fees to be paid by the Defendant,

and the costs disbursements of this action; and

(e) Grant such other relief as may be just and proper.

Respectfully submitted,

SEGAL LINDSAY & JANES, PLLC

DAVID O'BRIEN SUETHOLZ
JOSEPH DELANO WIBBELS, JR.
515 Park Avenue
Louisville, Kentucky 40208
Tel: (502) 568-5600
Fax: (502) 581-1437
COUNSEL FOR PLAINTIFFS

## JURY TRIAL DEMAND

Plaintiffs hereby demand a jury trial in this action.

## VERIFICATION

I, ERIC KEELING, having been duly sworn, state that I am a Plaintiff named in
this Complaint, and that the statements and allegations contained herein are true to the
best of my knowledge and belief.

ERIC KEELING, PLAINTIFF

9

Subscribed and sworn to before me by Eric Keeling, this the 20 day of Aug, 2007.

My commission expires: 6-27-11

NOTARY PUBLIC

10