UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| ERIC KEELING, ET. AL. )<br>)<br>PLAINTIFFS )<br>)<br>vs. )<br>)<br>ROHM & HAAS COMPANY )<br>)<br>DEFENDANT )<br>_____) | CASE NO. 3:07-CV-00504 |

## ORDER

After reviewing the Affidavit submitted by counsel for the Plaintiff, David O'Brien Suetholz, for approval of costs and fees in the amount of $2,187.50 and upon due consideration,

IT IS HEREBY ORDERED that the amount of $2,187.50 for costs and fees is hereby GRANTED in accordance with the Court's December 3, 2007 Order.

IT IS SO ORDERED this 20th day of February, 2008.

The Honorable Charles R. Simpson III, Judge
United States District Court

Prepared by:
David O'Brien Suetholz
SEGAL, LINDSAY & JANES
515 Park Ave.
Louisville, KY  40208
Phone: 502-568-5600
Facsimile: 502-581-1437
*Counsel for Plaintiff*